# UNITED STATE DISTRICT COURT
# DISTRICT OF ARIZONA

## WITNESS LIST --- CRIMINAL

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 05 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☐ Motion to Suppress         ☐ Non-Jury Trial         ☒ Detention Hearing

USA vs Bergstrom, Nathan                              21-mj-09174
Last, First, Middle Initial                           Year-Case No-Deft No-Judge

☒ GOVERNMENT                                          ☐ DEFENDANT

| #   | NAME              | G/D | DATE SWORN | DATE APPEARED |
|-----|-------------------|-----|------------|---------------|
| 1.  | SA Joshua Powers  | G   | 8-5-21     | 8-5-21        |
| 2.  |                   |     |            |               |
| 3.  |                   |     |            |               |
| 4.  |                   |     |            |               |
| 5.  |                   |     |            |               |
| 6.  |                   |     |            |               |
| 7.  |                   |     |            |               |
| 8.  |                   |     |            |               |
| 9.  |                   |     |            |               |
| 10. |                   |     |            |               |
| 11. |                   |     |            |               |
| 12. |                   |     |            |               |
| 13. |                   |     |            |               |
| 14. |                   |     |            |               |
| 15. |                   |     |            |               |